UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DR. ARISTO VOJDANI and
IMMUNOSCIENCES LAB, INC.,
a California corporation,

        Plaintiffs,

vs.

GOTTFRIED KELLERMANN,
MIEKE KELLERMANN,
PHARMASAN LABS, INC.,
a Wisconsin corporation, and
NEUROSCIENCE, INC.,
a Wisconsin corporation,

        Defendants.

Civil File No. 3:10-cv-00037 bbc

### ORDER GRANTING PLAINTIFFS' MOTION FOR A WRIT OF ATTACHMENT

This matter was heard upon Plaintiffs' Motion for a Writ of Attachment. Based upon the motion papers submitted, the evidentiary hearing on May 26, 2010 and the findings made at that hearing, and the files, records, and proceedings herein, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

The Court hereby orders that $400,000 of Defendants' money should be made available by Defendants and attached no later than five business days from the date of this Order, and placed by Defendants into the possession of a court officer who will maintain the money pursuant to Chapter 811 of the Wisconsin Statute, *Select Creations, Inc. v. Paliafito America, Inc.*, 828 F. Supp. 1301 (E.D. Wis. 1992), and *Select Creations, Inc. v. Paliafito America, Inc.*, 830 F. Supp. 1223, 1229 (E.D. Wis. 1993). This attachment specifically includes money in any

1

of the defendants' Wisconsin bank accounts, including but not limited to accounts at The Riverbank in Osceola, Wisconsin. Defendants are prohibited from dissipating any of the $400,000 amount attached prior to complying with this Order.

In the event that Defendants have insufficient funds within this jurisdiction to satisfy the $400,000 attachment, Defendants are HEREBY ORDERED to transfer money into this jurisdiction to meet the demands of the Court's attachment Order.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

Dated: *June 4, 2010*

                                      */s/ Barbara B. Crabb*
                                      The Honorable Barbara B. Crabb
                                      Chief U.S. District Court Judge