IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DR. ARISTO VOJDANI, and IMMUNOSCIENCES LAB,
INC., a California corporation,

    Plaintiffs,

v.

PHARMASAN LABS, INC., a Wisconsin corporation,
and NEUROSCIENCE, INC., a Wisconsin corporation,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-37-bbc

---

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered GRANTING defendants' motion for partial summary judgment with respect to the following claims:

1. trade secret misappropriation relating to testing methodologies;
2. civil theft relating to defendants' alleged retention of hard copies of plaintiffs' testing methodologies and customer lists;
3. unjust enrichment; and
4. civil conspiracy for violating any rights other than those related to the other claims in the lawsuit that have survived summary judgment.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered GRANTING plaintiffs' motion for summary judgment with respect to defendants' counterclaims for fraud; and GRANTING IN PART plaintiffs' motion with respect to the counterclaim for breach of contract.

IT IS FURTHER ORDERED AND ADJUDGED that defendants' motion for judgment as a matter of law is GRANTED as to plaintiffs' claim that the confidentiality agreement was breached by defendants' use of customer lists and on plaintiffs' claim for punitive damages.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff in the amount of $1,182,230.00.

Approved as to form this _16th_ day of February, 2011.

_Barbara B. Crabb_
Barbara B. Crabb, District Judge

_Peter Oppeneer_                2/16/11
Peter Oppeneer, Clerk of Court        Date