IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ARISTO VOJDANI and
IMMUNOSCIENCES LAB, INC.,

                                                                                         ORDER

                       Plaintiffs,

                                                             10-cv-37-bbc

    v.

NEUROSCIENCE, INC. and
PHARMASAN LABS, INC.,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      To help avoid the confusion over the issues to be tried that surrounded the last trial, the parties are to file a memorandum in support of their proposed verdict form and jury instructions. That is, the parties should explain why they are proposing their questions and instructions and explain any objections they have to the other side's proposals. The parties should submit their memorandum by October 7, 2011.

      Entered this 26th day of September, 2011.

                                                       BY THE COURT:
                                                     /s/
                                                     BARBARA B. CRABB
                                                     District Judge