IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DR. ARISTO VOJDANI and IMMUNOSCIENCES
LAB INC., a California corporation,

                           Plaintiffs,

v.

PHARMASAN LABS, INC., a Wisconsin corporation
And NEUROSCIENCE, INC., a Wisconsin corporation.

                           Defendants.

AMENDED JUDGMENT

10-cv-037-wmc

---

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues were tried and the jury rendered its verdict in the amount of $1,182,230.00.

Judge Crabb granted defendants' motions for judgment as a matter of law as to plaintiffs' claims related to unauthorized use of customer lists and unauthorized use of the testing methods for T&B Cell Function, Stimulated Cytokines and Natural Killer Cells, reducing the jury's original damage award to $17,000, plus prejudgment interest. Judge Crabb also granted plaintiffs' motion for a new trial on a component of its breach of contract claim: whether defendants were obligated by contract to pay for laboratory-developed assays on an invoice basis or, because of later contract modification, on an income basis.

The issue of modification came for consideration before the court with District Judge William M. Conley presiding. The issue having been considered and a decision

having been rendered by a second jury finding a modification as of December 31, 2007, and the parties having stipulated to a damage award of $187,000 for breach of this modified contract,

IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of plaintiffs against defendants in the total amount of $204,000, plus prejudgment interest on the original $17,000 damage award.

Approved as to form this 28th day of October, 2011.

_____
William M. Conley, District Judge

_____       10/31/11
Peter Oppeneer, Clerk of Court        Date