IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DR. ARISTO VOJDANI and
IMMUNOSCIENCES LAB, INC.,
a California corporation,

        Plaintiffs,

v.

PHARMASAN LABS, INC.,
a Wisconsin corporation,
and NEUROSCIENCE, INC.,
a Wisconsin corporation,

        Defendants.

SECOND AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-37-wmc

---

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues were tried and the jury rendered its verdict in the amount of $1,182,230.

    Judge Crabb granted defendants' motions for judgment as a matter of law as to plaintiffs' claims related to unauthorized use of customer lists and unauthorized use of the testing methods for T&B Cell Function, Stimulated Cytokines and Natural Killer Cells, reducing the jury's original damage award to $17,000.00 plus prejudgment interest. Judge Crabb also granted plaintiffs' motion for a new trial on a component of its breach of contract claim: whether defendants were obligated by contract to pay for laboratory-developed assays on an invoice basis or, because of later contract modification, on an income basis.

    The issue of modification came for consideration before the court with District Judge William M. Conley presiding. The issue having been considered and a decision having been rendered by a second jury finding a modification as of December 31, 2007, and the parties having stipulated to a damage award of $187,000 for breach of this modified contract,

IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of plaintiffs and against defendants in the total amount of $204,000, plus prejudgment interest on the original $17,000 damage award; post-judgment interest on the original damage award at a rate of 0.30% in accordance with 28 U.S.C. § 1961; prejudgment interest in the amount of $38,179.17 on the stipulated damage award of $187,000 pertaining to the modification issue from the partial new trial; and post-judgment interest on the stipulated damage award at a rate of 0.12% in accordance with 28 U.S.C. § 1961.

Approved as to form this 12th day of December, 2011.

_____
William M. Conley
District Judge

_____        12/13/11
Peter Oppeneer                                        Date
Clerk of Court